UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| SHIRLEY LINDSAY,           | Case: 2:15-CV-07943-DDP-JEM |
|----------------------------|------------------------------|
|    Plaintiff, | **ORDER** |
| v.                         |                              |
| 21300 VANOWEN, INC., et al |                              |
|    Defendants. |                          |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 29, 2016      _____
HONORABLE DEAN D. PREGERSON
United States District Court Judge